# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2022

## NO. 03-21-00286-CV

**Austin Independent School District, Appellant**

**v.**

**Rodney Anderson, Appellee**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### REVERSED AND DISMISSED -- OPINION BY JUSTICE KELLY

This is an appeal from the interlocutory order denying appellant's plea to the jurisdiction signed by the trial court on June 14, 2021. Having reviewed the record, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order and dismisses appellee's claims for want of jurisdiction. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.